

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 9, 2022

**BY ECF**
The Honorable John P. Cronan
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

  Re: *United States v. Annel Abrehante*, 18 Cr. 481 (JPC)

Dear Judge Cronan,

  The Government writes respectfully to provide an update regarding the availability of inpatient substance abuse treatment with methadone maintenance as a potential modification to the defendant's terms of supervised release, and to request a brief adjournment of the conference scheduled for Thursday, December 15, 2022 in the above-referenced case.

  Probation Officer Arango informed the parties today that Probation recommends the following modification to the defendant's terms of supervised release:

- A minimum term of six months of inpatient substance abuse treatment at Samaritan Village, Intensive Residential Treatment, a program located in Queens, New York. The program provides methadone maintenance for residents at the program.

Officer Arango informed the parties also that the program requires an intake interview, which can be scheduled for December 15, 2022, and conducted telephonically. If the defendant is approved for the program following the intake interview, then the defendant would be able to begin the program within a week.

  The Government agrees with Probation's recommendation regarding this modification to the terms of the defendant's supervised release.

  Defense counsel has informed the Government that they will need to speak with the defendant regarding the program, which will require the assistance of a Spanish interpreter. Accordingly, the defense requests an adjournment of approximately one week of the conference scheduled for Thursday, December 15, 2022. The Government consents to this request. In

addition, the parties can submit an additional letter regarding the status of the proposed modification next Friday, December 16, 2022, if helpful to the Court.

        Respectfully,

        DAMIAN WILLIAMS
        United States Attorney

by: _____
        Lisa Daniels
        Assistant United States Attorney
        (212) 637-2955

cc: Defense Counsel (by ECF)

The request is granted.  The conference scheduled for December 15, 2022 is adjourned until December 21, 2022 at 2:00 p.m.  The parties shall submit a status letter regarding the proposed modification by December 16, 2022.

The Clerk of Court is respectfully directed to close the motion pending at Docket Number 86.

SO ORDERED.
Date:  December 12, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge