**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1000

**Via CM/ECF and Email**                                             December 16, 2022

The Honorable John P. Cronan
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:  United States v. Annel Abrehante, 18 Cr. 481 (JPC)**

Dear Judge Cronan:

      Defense counsel respectfully submits this letter pursuant to the Court's December 13 Order to provide an update on the parties' efforts to identify a suitable inpatient substance abuse treatment program for defendant Annel Abrehante.  (Docket # 87).

      On December 9, Probation Officer Arango informed the parties that Probation recommends a modification to Mr. Abrehante's current terms of supervised release to require Mr. Abrehante to complete at least six months of inpatient substance abuse treatment at Samaritan Village, Intensive Residential Treatment, in Queens, New York (the "Samaritan Village Program").  (Docket # 86).  The Samaritan Village Program provides methadone maintenance.  *Id.*

      At the November 30 conference, the Court ordered the parties to provide a status update by December 9.  The Court also scheduled a conference for December 15.  Because the parties did not hear from Probation until December 9, defense counsel did not have sufficient time to confer with Mr. Abrehante in advance of these dates.  *See id.*  Thus, defense counsel requested a one-week adjournment of the December 15 conference, which the Court granted.  (Docket # 87) (rescheduling conference to December 21 at 2:00 p.m.).  The parties offered to submit another status letter by December 16, which the Court so-ordered.  *See id.*

      Defense counsel discussed the proposed modification with Mr. Abrehante yesterday afternoon, with the assistance of certified Spanish interpreter Patricia Triana.  Mr. Abrehante consents to the proposed modification.  Defense counsel has informed the Government of Mr. Abrehante's decision.

      The Samaritan Village Program requires an intake interview.  Mr. Abrehante's interview is scheduled for December 20 at 2:00 p.m., and will be conducted telephonically.  Probation represents that if Mr. Abrehante is approved for the Samaritan Village Program, he will be able to begin treatment within a week.  Probation further represents that the decision to approve Mr.

COVINGTON

The Honorable John P. Cronan
December 16, 2022
Page 2

Abrehante for the Samaritan Village Program can be made immediately following Mr. Abrehante's interview.

In view of the above, the parties jointly request that the Court modify the conditions of Mr. Abrehante's supervised release consistent with Probation's recommendation. Specifically, the special conditions of supervision should be modified to include the following:

> You will participate in an inpatient treatment program approved by the United States Probation Office, which program may include testing to determine whether you have reverted to using drugs or alcohol. You must contribute to the cost of services rendered based on your ability to pay and the availability of third-party payments. The Court authorizes the release of available drug treatment evaluations and reports, including the presentence investigation report, to the substance use disorder treatment provider.

If Mr. Abrehante is approved for the Samaritan Village Program, the parties anticipate jointly requesting that the Court order Mr. Abrehante's release into the custody of the Samaritan Village Program on the date that a bed for Mr. Abrehante becomes available.

Finally, the parties request that the Court adjourn the December 21 conference *sine die* and set a control date for the week of January 6, 2023, by which date the parties can submit a letter to the Court confirming whether Mr. Abrehante has begun treatment at the Samaritan Village Program or providing a further update regarding this matter.

Sincerely,

Arlo Devlin-Brown

cc: AUSA Elizabeth (Lisa) Daniels (via ECF and Email)

---

The request is granted. Mr. Abrehante's conditions of supervised release are amended to include the following: "You will participate in an inpatient treatment program approved by the United States Probation Office, which program may include testing to determine whether you have reverted to using drugs or alcohol. You must contribute to the cost of services rendered based on your ability to pay and the availability of third-party payments. The Court authorizes the release of available drug treatment evaluations and reports, including the presentence investigation report, to the substance use disorder treatment provider."

The conference currently scheduled for December 21, 2022 is adjourned *sine die*. The parties shall submit a status letter by January 6, 2023. The Clerk of Court is respectfully directed to close the motion pending at Docket Number 88.

SO ORDERED.
Date: December 17, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge