**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1000

**Via CM/ECF and Email**                                                                   February 10, 2023

The Honorable John P. Cronan
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

   Re:  United States v. Annel Abrehante, 18 Cr. 481 (JPC)

Dear Judge Cronan:

   Defense counsel respectfully submits this letter pursuant to the Court's January 30, 2023 Order to provide a status letter updating the Court on whether defendant Annel Abrehante has begun treatment at Samaritan Village, Intensive Residential Treatment, in Queens, New York (the "Samaritan Village Program").  (Docket # 96).

   Mr. Abrehante was approved by the Samaritan Village Program on February 6, 2023, and he is scheduled to begin treatment on February 15, 2023.

   Mr. Abrehante is currently incarcerated at the Westchester County Department of Correction, in Valhalla, New York.  At his initial appearance on November 2, 2022, Mr. Abrehante consented to detention while reserving his right to make a future bail application.  (Docket # 84).  The Samaritan Village Program's approval of Mr. Abrehante necessitates such an application, which is on consent of the Government.

   Specifically, the defense requests the Court order that Mr. Abrehante be released into the custody of the Samaritan Village Program on February 15, 2023 and remain there until the pending violations matter is resolved or further order of the Court.[1]  Release to the custody of a treatment program of this kind is expressly permitted by 18 U.S.C. § 3142(c)(1)(B)(x), which provides for release to "undergo available medical, psychological, or psychiatric treatment, including treatment for drug or alcohol dependency, and remain in a specified institution if required for that purpose."  The Court addressed precisely this issue at the November 30, 2022

---

[1] Probation believes that Mr. Abrehante will likely need six months of in-patient treatment but will evaluate treatment results on a regular basis and the parties will advise the Court should circumstances change.

COVINGTON

The Honorable John P. Cronan
February 10, 2023
Page 2

conference and with agreement of all parties determined such in-patient treatment was necessary. (Docket # 89).

Separately, the parties jointly request that the Court set a control date for the week of February 24, 2023, by which date the parties can submit a letter to the Court confirming that Mr. Abrehante has begun treatment at the Samaritan Village Program and proposing next steps in addressing the pending violations.

Sincerely,

Arlo Devlin-Brown

cc: AUSA Elizabeth (Lisa) Daniels (via ECF and Email)

The request is granted.  The Court orders, pursuant to 18 U.S.C. § 3142(c)(1)(B)(x), that Defendant Annel Abrehante be released into the custody of the Samaritan Village Program on February 15, 2023 until the resolution of the violation of supervised release matter or until further order of the Court. The parties shall file a status letter by February 24, 2023 confirming that Abrehante has begun treatment and proposing next steps in addressing the pending violations of supervised release.

SO ORDERED.
Date:  February 13, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge