```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
UNITED STATES OF AMERICA                                               :
                                                                       :
                                                                       :
                                                                       :
              -v-                                                      :   18 Cr. 481 (JPC)
                                                                       :
ANNEL ABREHANTE,                                                       :   ORDER
                                                                       :
              Defendant.                                               :
                                                                       :
----------------------------------------------------------------------- X
```

JOHN P. CRONAN, United States District Judge:

      The Government is directed to advise the Court by the end of the day today of its and Probation's positions on Mr. Abrehante's release from Samaritan Village and modification of his release conditions to provide for outpatient treatment, to include methadone maintenance.  In the event that the Court orders Mr. Abrehante's release and modifies the conditions of his release, the parties shall file a status report by September 8, 2023, detailing the status of his discharge and their views on next steps in this case.  The Clerk of the Court is respectfully directed to close Docket Number 107.

      SO ORDERED.

Dated: August 30, 2023  
       New York, New York  
                                              JOHN P. CRONAN  
                                        United States District Judge